Sam B. HERRON, Sr., Appellant,

v.

V. A. HERRON, Jr., Appellee.

No. 18644.

United States Court of Appeals
Fifth Circuit.

April 17, 1961.

McDonald Yawn, W. Stuart McCloy, Memphis, Tenn., for appellant.

James McClure, Jr., McClure, Fant & McClure, James McClure, Sardis, Miss., for appellee.

Before CAMERON and WISDOM, Circuit Judges, and THOMAS, District Judge.

PER CURIAM.

This is the plaintiff-appellant's second appeal in this case. See Herron v. Herron, 5 Cir., 1958, 255 F.2d 589. This appeal is from an order of the district court dismissing the action for want of prosecution. We find it unnecessary to review the facts in a full-dress opinion. After careful consideration of the record and the assignment of error, we cannot say that the district court abused its discretion in dismissing the cause for want of prosecution. The judgment is affirmed.

GULF COAST EXPRESS, Appellant,

v.

James P. MITCHELL, Secretary of Labor, United States Department of Labor. (Arthur J. Goldberg, Secretary of Labor, substituted as party appellee in the place and stead of James P. Mitchell, resigned) Appellee.

No. 18786.

United States Court of Appeals
Fifth Circuit.

April 12, 1961.

No appearance for appellant.

Bessie Margolin, Asst. Sol., U. S. Dept. of Labor, Washington, D. C., and Earl Street, Regional Attorney, Dept. of Labor, Dallas, Tex., for appellee.

Before RIVES, JONES and BROWN, Circuit Judges.

PER CURIAM.

The appeal is dismissed for want of prosecution. See Rule 24, subd. 5, 5th Cir., 28 U.S.C.A., Birmingham Fire Ins. Co. of Pennsylvania, v. Kight, 5 Cir., 1952, 195 F.2d 178.

Dismissed.